FILED
CLERK, U.S. DISTRICT COURT

APR 2 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD FULTON, | ) | No. CV 08-2611-DOC (PLA) |
|        Petitioner, | ) | |
| | ) | **JUDGMENT** |
|    v. | ) | |
| WARDEN, | ) | |
|        Respondent. | ) | |

     IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: *April 27, 2008*

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE